UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    Criminal No:  18-CR-10423-MLW

v.

DANIEL O. MCCARRON

## MOTION TO UNSEAL INDICTMENT AND SEARCH WARRANTS

The United States respectfully requests that the indictment and search warrants and all related papers in these matters be unsealed.  As grounds for the motion, the government states that the arrest has been made and there is no longer any reason to keep the indictment or warrants under seal.  The warrants involved are the following:

17-mj-6318 through 17-mj-6320-MPK, inclusive

18-mj-6004 through 18-6008-MPK, inclusive

                                    Respectfully submitted,

November 15, 2016

                                    */s/ Susan G. Winkler*_____
                                    Susan G. Winkler
                                    Assistant U.S. Attorney
                                    (617) 748-3151